2:12CR214

# SEALED

**Office of the United States Attorney**
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

..FILED           RECEIVED
-- ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2012 SEP 14  P 1: 44

DISTRICT OF NEVADA

BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
      v.                       )
                               )      2:12-CR-214-KJD-(PAL)
MICHAEL A. FELS,               )
                               )
              Defendant.       )
_____)

**PRELIMINARY ORDER OF FORFEITURE**

        This Court finds that on September 11, 2012, defendant MICHAEL A. FELS pled guilty to

Count One of a Criminal Information charging him in Count One with Misbranding While Held

for Sale in violation of Title 21, United States Code, Section 331(k).

        This Court finds defendant Michael Fels agreed to the forfeiture of the property set forth

in the Forfeiture Allegation of the Criminal Information and agreed to in the Plea Agreement.

        This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

America has shown the requisite nexus between the property set forth in the Forfeiture Allegation

of the Information, the Bill of Particulars, and the Plea Agreement and the offense to which

defendant MICHAEL A. FELS pled guilty.

        The following assets are subject to forfeiture pursuant to Title 18, United States Code,

Section 982(a)(7):

        a)      $293,240.36 in United States Currency.

. . .

1    This Court finds the United States of America is now entitled to, and should, reduce the

2   aforementioned property to the possession of the United States of America.

3    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

4   the United States of America should seize the aforementioned property.

5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest

6   of MICHAEL A. FELS in the aforementioned property is forfeited and is vested in the United

7   States of America and shall be safely held by the United States of America until further order of

8   the Court.

9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of

10   America shall publish for at least thirty (30) consecutive days on the official internet government

11   forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited

12   property, state the time under the applicable statute when a petition contesting the forfeiture must

13   be filed, and state the name and contact information for the government attorney to be served

14   with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code,

15   Section 853(n)(2).

16    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

17   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

18    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if

19   any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at

20   the following address at the time of filing:

21         Michael A. Humphreys
           Assistant United States Attorney
22         Daniel D. Hollingsworth
           Assistant United States Attorney
23         Lloyd D. George United States Courthouse
           333 Las Vegas Boulevard South, Suite 5000
24         Las Vegas, Nevada 89101

25   . . .

26   . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described

2  herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate

3  agency following publication of notice of seizure and intent to administratively forfeit the above-

4  described property.

5    DATED this 19th day of September, 2012.

6

7

8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26