# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                         )<br>                            Plaintiff,      )<br>                                                         )<br>        v.                                              )<br>                                                         )<br>MICHAEL A. FELS,                       )<br>                                                         )<br>                            Defendant. )  | 2:12-CR-214-KJD-(PAL) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT MICHAEL A. FELS

On September 19, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853(p), forfeiting property of defendant MICHAEL A. FELS to the United States of America. Criminal Information, ECF No. ___; Plea Agreement, ECF No. ___; Preliminary Order of Forfeiture, ECF No. 13.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 13) is final as to defendant MICHAEL A. FELS.

DATED this __18__ day of __January__, 2013.

_____
UNITED STATES DISTRICT JUDGE