# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL A. FELS,

    Defendant.

Case No. 2:12-CR-00214-KJD-PAL

**ORDER**

    Presently before the Court is the United States' Motion to Unseal (#21). Though the time for doing so has passed, no response in opposition has been filed. Therefore, good cause being found, the Court grants the motion to unseal the case.

**IT IS SO ORDERED.**

    DATED this 18th day of May 2016.

_____
Kent J. Dawson
United States District Judge