DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Daniel.Hollingsworth@usdoj.gov
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | 2:12-CR-214-KJD-(PAL) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Unopposed Motion to Continue the Date to Respond to TRNSX.NET LLC's Petition for Hearing and to Continue the Hearing |
| MICHAEL A. FELS, | ) | |
| Defendant. | ) | |

The United States of America respectfully moves this Court to continue the date to respond to TRNSX.NET LLC's petition for hearing and to continue the hearing. On August 18, 2016, TRNSX.NET LLC petitioned this Court for a hearing to adjudicate its interest in forfeited property. The hearing on the petition "shall, to the extent practicable and consistent with the interest of justice, be held within thirty days of the filing of the petition." 21 U.S.C. § 853(n)(4). However, the sheer volume of evidence in this case will take more than 30 days to gather and organize and the government will not be prepared by September 17, 2016. The government requests the hearing on the petition be held after January 4, 2017.

The grounds to continue are as follows.

/ / /

On September 1, 2016, the government contacted TRNSX.NET LLC's counsel, Richard Barnett, to request a continuance to the date to respond to TRNSX.NET LLC's petition. Mr. Barnett consented to the continuance. Prior to conducting a hearing on the petition, this Court may permit the parties to conduct discovery in accordance with the Federal Rules of Criminal Procedure. Fed. R. Crim. P. 32.2(c)(1)(B). The government is in the process of gathering thousands of documents in several states and will require time to review, organize, and produce these documents in discovery.

This motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant the unopposed motion to continue the date to respond to TRNSX.NET LLC's petition for hearing and to continue the hearing to after January 4, 2017.

DATED this 12th day of September, 2016.

DANIEL G. BOGDEN
United States Attorney

 /s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT

DATED: October 31, 2016

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on September 12, 2016, and by the below identified method of service:

<u>US MAIL</u>:

RICHARD M. BARNETT
105 West F Street, Fourth Floor
San Diego, CA 92101

*/s/Michelle C. Lewis*
MICHELLE C. LEWIS
Paralegal Specialist

3