DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:12-CR-00214-KJD-(PAL) |
| | ) |
| Plaintiff, | ) Unopposed Motion to Vacate the Response due on |
| | ) November 20, 2016, and the Hearing on January |
| v. | ) 17, 2017, ECF Nos. 30 and 31 |
| | ) |
| MICHAEL A. FELS, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| TRNSX.NET LLC, | ) |
| | ) |
| Third Party Petitioner. | ) |

The United States of America respectfully moves this Honorable Court for an Order to vacate the Response due November 30, 2016, and the hearing on January 17, 2017, because TRNSX.NET LLC and the government have settled the petition for ancillary hearing. According to counsel for TRNSX.NET LLC, Richard M. Barnett, he cannot sign the stipulation until Probate Court approves the settlement because Charles Bankey died. Probate Court's approval will not occur until February 2017. As soon as the Probate Court authorizes Mr. Barnett to sign the stipulation, it will be submitted to this Court for signature and entry in the docket. The case will then be closed.

This Motion is unopposed. On November 7, 2016, Daniel D. Hollingsworth and Mr. Barnett agreed to vacate the Response and Hearing dates to allow the Probate Court to approve Mr. Barnett's signature on the stipulation settling this case.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose. This Court should grant this Motion to vacate the Response date and the hearing date.

DATED: November 8, 2016.

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:  11/29/2016

2

1

**PROOF OF SERVICE**

2

A copy of the foregoing was served upon counsel of record via Electronic Filing on

3

November 8, 2016.

4

/s/ Michelle C. Lewis

5

MICHELLE C. LEWIS
Paralegal Specialist

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27