STEVEN W. MYHRE
Acting United States Attorney
Nevada State Bar No. 9635
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Daniel.Hollingsworth@usdoj.gov
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-214-KJD-(PAL) |
| Plaintiff, | ) | |
| v. | ) | Stipulation for Return of Property and Order |
| MICHAEL A. FELS, | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, hereby stipulates with TRNSX.NET LLC as follows:

1. On September 11, 2012, Michael A. Fels (Fels) pled guilty to a violation of Title 21, United States Code, Section 331(k), Misbranding While Held for Sale and agreed to the forfeiture of property named in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 7, Change of Plea, ECF No. __; Plea Agreement, ECF No. 9.

2. On September 20, 2012, the Court entered the Preliminary Order of Forfeiture (ECF No. 13), in which Fels forfeited to the United States property that was referenced in the Plea

/ / /

Agreement and the Forfeiture Allegation of the Criminal Information pursuant to Title 18, United States Code, Section 982(a)(7).

3. On December 19, 2012, the Court sentenced Fels and on December 26, 2012, entered the Judgment in a Criminal Case (JNC) with the Preliminary Order of Forfeiture attached (ECF No. 16).

4. The $293,240.36 (property) was forfeited to the United States of America in the Preliminary Order of Forfeiture (ECF No. 13) attached to the JNC (ECF No. 16).

5. The potential petitioners were served and the notice was published (ECF Nos. 20, 24, and 32). TRNSX.NET LLC filed a Petition for Ancillary Hearing (ECF Nos. 25 and 27).

6. TRNSX.NET LLC knowingly and voluntarily agrees to waive the statute of limitations, the CAFRA requirements, Fed. R. Crim. P. 7, 11, and 32.2, the constitutional requirements, and the constitutional due process requirements of any abandonment proceeding or any forfeiture proceeding concerning the property.

7. TRNSX.NET LLC knowingly and voluntarily agrees to waive (a) all constitutional, legal, and equitable defenses to, (b) any constitutional or statutory double jeopardy defense or claim concerning, and (c) any claim or defense under the Eighth Amendment to the United States Constitution, including, but not limited to, any claim or defense of excessive find in any proceedings concerning the property.

8. TRNSX.NET LLC knowingly and voluntarily agrees to the entry of an Order of Forfeiture of the property to the United States.

9. TRNSX.NET LLC waives the right to appeal any Order of Forfeiture.

10. TRNSX.NET LLC knowingly and voluntarily agrees to the conditions set forth in this Stipulation of Return of Property and Order (Stipulation).

11. TRNSX.NET LLC knowingly and voluntarily agrees to hold harmless the United States, the United States Department of Justice, the United States Attorney's Office for the District of Nevada, the Food and Drug Administration, the Federal Bureau of Investigation, their

agencies, their agents, and their employees from any claim made by it or any third party arising out of the facts and circumstances of this case.

12. TRNSX.NET LLC releases and forever discharges the United States of America, the United States Department of Justice, the Food and Drug Administration, the Federal Bureau of Investigation, their agencies, their agents and their employees from any and all claims, rights, or causes of action of any kind that TRNSX.NET LLC now has or may hereafter have on account of, or in any way growing out of, the seizure of the property.

13. TRNSX.NET LLC knowingly and voluntarily acknowledges, understands, and agrees that (a) federal law requires the Department of the United States Treasury and other disbursing officials to offset federal payments to collect delinquent tax and non-tax debts owed to the United States and to individual states (including past-due child support); (b) if an offset occurs to the payment to be made pursuant to this Stipulation, they will receive a notification from the Department of the United States Treasury at the last address provided by them to the governmental agency or entity to whom the offset payment is made; (c) if they believe the payment may be subject to an offset, they may contact the Treasury Department at 1-800-304-3107; (d) the terms of this Stipulation do not affect the tax obligations fines, penalties, or any other monetary obligations owed to the United States or an individual state; and (e) the exact sum delivered to Richard M. Barnett, on behalf of it, may well be a lesser sum, if the Treasury Offset Program reduces the amount in satisfaction of a debt obligation.

14. After the United States District Court has signed this Stipulation for Return of Property and Order concerning the Property, and within a practicable time thereafter for the United States, the United States knowingly and voluntarily agrees the United States will transfer to TRNSX.NET LLC one payment of $293,240.36 less any debt owed to the United States, any agency of the United States, or any debt in which the United States is authorized to collect, through Richard M. Barnett. TRNSX.NET LLC knowingly and voluntarily agrees to fill out the Department of the United States Treasury Automated Clearing House (ACH) form accurately and

correctly and submit it to the United States Attorney's Office so that the payment of the money can be disbursed by electronic fund transfer. TRNSX.NET LLC knowingly and voluntarily agrees the $293,240.36 may be offset by any debt owed to the United States, any agency of the United States, or any debt in which the United States is authorized to collect.

15. Each party acknowledges and warrants that its execution of the Stipulation is free and is voluntary.

16. The Stipulation contains the entire agreement between the parties.

17. Except as expressly stated in the Stipulation, no party, officer, agent, employee, representative, or attorney has made any statement or representation to any other party, person, or entity regarding any fact relied upon in entering into the Stipulation, and no party, officer, agent, employee, representative, or attorney relies on such statement or representation in executing the Stipulation.

18. The persons signing the Stipulation warrant and represent that they have full authority to execute the Stipulation and to bind the persons and/or entities, on whose behalf they are signing, to the terms of the Stipulation.

19. This Stipulation shall be construed and interpreted according to federal forfeiture law and federal common law.  The jurisdiction and the venue for any dispute related to, and/or arising from, this Stipulation is the unofficial Southern Division of the United States District Court for the District of Nevada, located in Las Vegas, Nevada.

20. Each party shall bear its own attorneys' fees, expenses, interest, and costs.

21. This Stipulation shall not be construed more strictly against one party than against the other merely by virtue of the fact that it may have been prepared primarily for counsel for one of the parties; it being recognized that both parties have contributed substantially and materially to the preparation of this Stipulation.

/ / /

/ / /

1  IT IS HEREBY CERTIFIED, pursuant to Title 28, United States Code, Section
2  2465(a)(2), that there was reasonable cause for the seizure of the property.
3  DATED: 4-26-17                           DATED: _____

4  TRNSX.NET LLC                            DANIEL G. BOGDEN
                                            United States Attorney
5

6  [signature]

7  RICHARD M. BARNETT                       DANIEL D. HOLLINGSWORTH
   Counsel for TRNSX.NET LLC                Assistant United States Attorney
8

9

10

11 IT IS SO ORDERED:

12

13 _____
   UNITED STATES DISTRICT JUDGE
14

5

1  IT IS HEREBY CERTIFIED, pursuant to Title 28, United States Code, Section
2  2465(a)(2), that there was reasonable cause for the seizure of the property.

3  DATED: _____          DATED: May 3, 2017

4  TRNSX.NET LLC                            STEVEN W. MYHRE
                                            Acting United States Attorney

                                            /s/ Daniel D. Hollingsworth
7  RICHARD M. BARNETT                       DANIEL D. HOLLINGSWORTH
   Counsel for TRNSX.NET LLC                Assistant United States Attorney

11 IT IS SO ORDERED:

                                            Dated: 5/19/2017

   UNITED STATES DISTRICT JUDGE